**SKLAR LAW, LLC**
20 Brace Road
Suite 205
Cherry Hill, NJ 08034
Tel: (856) 258-4050
Andrew Sklar, Esq. (016751992)
*Attorneys for Andrew Sklar, Chapter 7 Trustee*

**Order Filed on April 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>HOVATTER, FRIEDMAN, SAPUTELLI & LEVI, LLP,<br><br>Debtor. | Hon. Andrew B. Altenburg, Jr.<br><br>Case No. 19-31473 (ABA)<br><br>Chapter 7 |
| ANDREW SKLAR, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br>vs.<br><br>VINCENT MASSO,<br><br>Defendant. | Adv. Pro. No. 20-1210 (ABA)<br><br><br>**Hearing Date And Time:** March 22, 2022 at 10:00 a.m. |

### ORDER GRANTING MOTION TO REOPEN ADVERSARY PROCEEDING AND ALLOW FILING OF AMENDED COMPLAINT

The relief set forth on the following pages, numbered two (2) through two (2), is hereby

**ORDERED**.

**DATED: April 5, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

3365818

| | |
|---|---|
| Debtor: | Hovatter, Friedman, Saputelli & Levi, LLC |
| Case No.: | 19-31473 (ABA) |
| Adv. Pro. No.: | 20-1210 (ABA) |
| Caption of Order: | **ORDER GRANTING MOTION TO REOPEN ADVERSARY PROCEEDING AND ALLOW FILING OF AMENDED COMPLAINT** |

---

**THIS MATTER** having been opened to the Court by Andrew Sklar, as chapter 7 trustee (the "Trustee") of Hovatter, Friedman, Saputelli & Levi, LLP, ("HFSL" or "Debtor") upon the Motion to Reopen the Adversary Proceeding and Allow the Filing of an Amended Complaint; and it appearing that good and sufficient notice of the Motion was provided, as evidenced by the Certificate of Service filed with the Court; and the Court having considered the Motion, the opposition thereto, if any, and the arguments of counsel; and good cause appearing for the entry of this Order;

**IT IS ORDERED** as follows:

1.      The within Adversary Proceeding is reopened;

2.      The Trustee is authorized to file an Amended Complaint within ___14___ days from the entry of this Order

3365818