Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Hovatter Friedman Saputelli & Levi, LLP
Debtor

Case No.: 19−31473−ABA
Chapter 7

Andrew Sklar
Plaintiff

v.

Vincent Masso
Defendant

Adv. Proc. No. 20−01210−ABA                    Judge: Andrew B. Altenburg Jr.

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 5, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 23
Order Granting Motion to Reopen Adversary Proceeding and Allow Filing of Amended Complaint. (Related Doc # 23). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/5/2022. (har)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 5, 2022
JAN: har

Jeanne Naughton
Clerk