# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312–1 | User: admin | Date Created: 4/5/2022 |
| Case: 20–01210–ABA | Form ID: orderntc | Total: 3 |

**Recipients of Notice of Electronic Filing:**
pla     Andrew Sklar        andy@sklarlaw.com
aty     Allen I Gorski       agorski@gorskiknowlton.com
aty     Andrew Sklar        andy@sklarlaw.com

TOTAL: 3